No. 04–10344. AL-HAKIM v. CAUSSEAUX, CHIEF DEPUTY CLERK, SUPREME COURT OF FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–10345. SAMUEL v. CARROLL, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–10346. RICHARDSON v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 04–10347. RENEE v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 04–10348. CURTIS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–10349. ZAKARIA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–10353. GOODMAN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–10354. FERRI v. RODDEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–10355. HARRIS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 04–10356. HEMINGWAY v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 04–10357. GORDON v. SMITH. C. A. 9th Cir. Certiorari denied.

No. 04–10358. HUDLER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–10359. MEDINA GANDARINA v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10360. HAWKINS v. JARVIS, WARDEN. C. A. 4th Cir. Certiorari denied.